UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal No. 11-719 (SDW) |
| DERISH WOLFF | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride and Joyce M. Malliet, Assistant U.S. Attorneys, appearing), and defendant Derish Wolff (by Mark W. Rufolo, Esq., and Jeffrey Speiser, Esq.), and good cause having been shown, the Court makes the following findings:

1. The United States filed on January 6, 2012, a motion under Federal Rule of Criminal Procedure 16(d)(1) for modification of the Court's Order for Discovery and Inspection entered on November 9, 2011, upon which motion the Court ruled on February 29, 2012, and this time is thus excluded pursuant to Title 18, United States Code Section 3161(h)(1)(D);

2. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

3. In light of the extensive pretrial discovery to be reviewed by the parties, failure to grant a continuance would deny counsel for defendant and the government reasonable time necessary for effective preparation of this case, taking into

account the exercise of due diligence;

4. The Court filed an order on March 12, 2012, scheduling this matter for trial on November 7, 2012; and

5. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 15th day of March, 2012,

ORDERED that this action be, and hereby is, continued until November 7, 2012, and the period between and including January 6, 2012, through November 7, 2012, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7).

_____
Hon. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
Scott B. McBride
Joyce M. Malliet
Assistant U.S. Attorneys

_____
Mark W. Rufolo, Esq.
Jeffrey Speiser, Esq.
Counsel for defendant Derish Wolff