UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERISH WOLFF | Hon. Susan D. Wigenton<br><br>Criminal No. 11-719 (SDW)<br><br>**ORDER EXTENDING DEFENDANT'S TIME TO FILE A MOTION TO SUPPRESS EVIDENCE PURSUANT TO FED. R. CRIM. P. 12** |

**THIS MATTER**, having been brought before the Court by Stern & Kilcullen, LLC, attorneys for defendant Derish Wolff (Mark Rufolo, Esq., appearing), for an Order extending defendant's time to file a Motion to Suppress Evidence pursuant to Fed. R. Crim. P. 12(b)(3)(C), and the Government consenting to this request, and for good cause shown;

**IT IS**, on this ___17th___ day of April, 2012,

**ORDERED** that the defendant's request is granted and any Motion to Suppress Evidence pursuant to Fed. R. Crim. P. 12(b)(3)(C) shall be made within ninety (90) days from the date hereof unless good cause for delay is shown.

_____
SUSAN D. WIGENTON, U.S.D.J.