UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-719 (SDW) |
| v. | : | |
| DERISH WOLFF | : | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

THIS MATTER having come before the Court on the application of defendant Derish M. Wolff (by Mark Rufolo, Esq.), with the consent of Paul J. Fishman, United States Attorney for the District of New Jersey (by Scott B. McBride, Assistant U.S. Attorney), for an order modifying the conditions of release as set forth in this Court's Order Setting Conditions of Release filed on October 20, 2011, to permit the return by Pre Trial Services ("PTS") of the passport of Derish M. Wolff to be used for travel to Costa Rica for a family vacation, and PTS having no objection, and for good and sufficient cause shown; and

IT APPEARING THAT on October 20, 2011, Derish M. Wolff was Ordered released after processing. Bail was set at $1,000,000, which was secured by an agreement to forfeit designated property located in Bernardsville, New Jersey;

IT FURTHER APPEARING THAT Derish M. Wolff was Ordered to surrender his passport, however, the Court also Ordered that he was permitted to apply to the Court for international travel;

IT FURTHER APPEARING THAT Derish M. Wolff has requested permission to travel to Costa Rica with family for a vacation from June 8, 2012 through June 19, 2012; and

IT FURTHER APPEARING THAT neither the government nor PTS have any objection to Derish M. Wolff traveling to Costa Rica for vacation from June 8, 2012 through June 19, 2012.

WHEREFORE, on this 24th day of April, 2012,

IT IS ORDERED that the Order of Release entered on October 20, 2011, is hereby modified to the extent necessary to permit the temporary return of Derish M. Wolff's passport to allow international travel from June 8, 2012 through June 19, 2012, and that Derish M. Wolff surrender his passport to PTS within forty-eight hours of his return.

_____
HON. SUSAN D. WIGENTON
United States District Judge

Consented and Agreed to:

_____
Mark Rufolo, Esq.

_____
Scott B. McBride, AUSA