UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Susan D. Wigenton<br>Criminal No. 11-719 (SDW) |
| v. : | |
| | <u>CONSENT ORDER<br>FOR CONTINUANCE</u> |
| DERISH WOLFF : | |

This matter having been opened to the Court on the application of defendant Derish Wolff (by Mark W. Rufolo, Esq.), with the consent of Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride and Joyce M. Malliet, Assistant U.S. Attorneys, appearing), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. In light of the extensive pretrial discovery to be reviewed, and additional preparation necessary for trial, failure to grant a continuance would deny counsel for defendant reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence;

3. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 23rd day of July, 2012,

ORDERED that that the trial of this matter is continued from November 7, 2012 to May 6, 2013; and

IT IS FURTHER ORDERED that the period between and including today's date through the date scheduled for trial, May 6, 2013, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

_____
Hon. SUSAN D. WIGENTON
United States District Judge

July 23, 2012

Form and entry consented to:

_____
Scott B. McBride
Joyce M. Malliet
Assistant U.S. Attorneys

_____
Mark W. Rufolo, Esq.
Counsel for defendant Derish Wolff

2