UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 11-719-01 (FSH) |
| v. | **ORDER** |
| DERISH WOLFF | |
| Defendant. | |

This matter having come before the Court by Defendant Derish Wolff, through his counsel Mark Rufolo, Esq., by a Motion to Suppress Materials Seized pursuant to the Government's August 24, 2007 Search Warrant filed on July 13, 2012 [docket #38];

**IT IS** on this 9th day of August, 2012;

**ORDERED** that the Government submit a response to said motion no later than August 24, 2012; it is further

**ORDERED** that a reply, if any, be filed no later than August 31, 2012; it is further

**ORDERED** that an in-person status conference will be held before the undersigned on **Tuesday, October 16, 2012 at 10:30A.M.** Counsel shall be prepared to address all pending motions, more specifically, [25] Motion for Bill of Particulars, [31] Motion for Discovery of Hot Documents and [38] Motion to Suppress Materials Seized pursuant to the Government's August 24, 2007 Search Warrant.

                                                    s/ Faith S. Hochberg
                                                    United States District Judge