# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DERISH WOLFF | Hon. Faith S. Hochberg<br><br>Criminal No. 11-719 (FSH)<br><br>**ORDER SETTING SCHEDULE FOR TIME TO FILE PRETRIAL MOTIONS AND FOR TRIAL** |

**THIS MATTER**, having been brought before the Court by Stern & Kilcullen, LLC, attorneys for defendant Derish Wolff (Mark Rufolo, Esq., appearing), for an Order setting a schedule for any additional pretrial motions and a trial date that allows time to file and decide such motions sufficiently in advance of trial, and the Government consenting to this proposed schedule, and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. In light of the extensive pretrial discovery to be reviewed, additional pretrial motions that the defense intends to file, and additional preparation necessary for trial, failure to grant a continuance would deny counsel for defendant reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence;

3. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this ___16th___ day of January, 2013,

**ORDERED** that additional pretrial motions (other than motions *in limine*) shall be filed pursuant to the following schedule:

1. Mr. Wolff shall file additional pretrial motions by April 5, 2013;

2. The Government shall file a response by May 3, 2013;

3. Any reply shall be filed by May 22, 2013.

**IT IS FURTHER ORDERED** that a date for hearing the motions will be set by the Court.

**IT IS FURTHER ORDERED** that that the trial of this matter is continued from May 6, 2013 to October 28, 2013; and

**IT IS FURTHER ORDERED** that the period between and including today's date through the date scheduled for trial, October 28, 2013, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

_____
FAITH S. HOCHBERG, U.S.D.J.

Form and entry consented to:

_____
Scott B. McBride
Assistant U.S. Attorney

2